# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                      Case No.  6:07-cr-107-Orl-28GJK

**EVELYN COLON-ROCHE**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Darlene Calzon Barror |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Sally Stanis |
| **DATE/TIME:** | February 15, 2008 11:00-11:45 a.m. | **INTERPRETER:** | Laura Cruz/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 766)    Granted.

IMPRISONMENT:    19 Months.

Court Recommends:    That defendant be incarcerated at FCI Coleman, Florida

Supervised Release:    3 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for mental health treatment and contribute to costs of program.

   Community Service Program:    Perform 150 hours in lieu of paying a fine.

   Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Count One of the Indictment is dismissed on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.